UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Miami Division

In re: Carbrera Investments LLC          Case No. 18-19175-RAM
                                          Chapter 11

_____Debtor_____/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession [Trustee], Cabrera Investments, LLC, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's [Trustee's] best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **July 30, 2018**.

2. Names, case numbers and dates of filing of related debtors: **None**.

3. Description of debtor's business: **Single asset real estate holding company**.

4. Locations of debtor's operations and whether the business premises are leased or owned: **6600 Cow Pen Road, Suite 203, Miami Lakes, FL 33012; owned**.

5. Reasons for filing chapter 11: **Property referenced in paragraph 4 being foreclosed by the 1st and 2nd mortgages; Debtor seeks to value and determine secured status of both mortgages.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: **Ladys Cabrera, manger, no salary or benefits, and Angel Pedro Gonzalez, no salary or benefits**.

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: **Debtor gross income for 2018 is $0.00; Debtor gross estimated income for 2017 is $48,000.00.**

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations:

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

| Location/Description | Value | Debt | Lien Holder |
|---|---|---|---|
| 6600 Cow Pen Rd, Suite 203, Miami Lakes, FL 33014 | $184,585.00 | $541,352.84 | ReadyCap Lending LLC |
| | | $350,000.00 | Bank of America |
| | | $3,578.10 | Miami-Dade Tax Collector |

and

c. Amount of unsecured claims: **0.00**

9. General description and approximate value of the debtor's assets: **No other assets other than real estate**.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

| Insurer | Property Covered | Coverage Amount | Status | Next Premium Date | Policy Number | Expiration date |
|---|---|---|---|---|---|---|
| Western World Insurance Co. | Common area liability insurance | 1,000,000 | Current | 4/1/19 | NPP8377756 | 4/1/19 |
| Lloyd's of London | Common area property insurance | 2,100,000 | Current | 4/1/19 | 097590075249-S-03 | 4/1/19 |
| Granada Insurance Company | Liability Insurance | 1,000,000 | Current | 8/17/19 | 0185FL00114162 | 8/17/19 |

11. Number of employees and amounts of wages owed as of petition date: **0**.

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **Not applicable**.

13. Anticipated emergency relief to be requested within 14 days from the petition date: **None.**

_____
Signature

_____
Ladys Cabrera
(Name of Corporate Officer or Authorized Representative)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was served via ECF on August 29, 2018 upon: Office of the US Trustee at USTPRegion21.MM.ECF@usdoj.gov; ReadyCap Lending, LLC c/o Jamie W Olinto at jamie.olinto@arlaw.com, abbey.jones@arlaw.com;richene.oliver@arlaw.com.

/s/ Ricardo A. Rodriguez
Ricardo A Rodriguez, Esq.
900 West 49 Street, Suite 505
Hialeah, FL 33012
Tel: 305-262-8226 / Fax: 305-262-8229
Email: ricardo@rdgzlaw.com
***Service Email: mail@rdgzlaw.com***
FBN: 0496901

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.