

**ORDERED in the Southern District of Florida on January 17, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Cabrera Investments, LLC,    Case No. 18-19175-RAM
                                    Chapter 11
    Debtor.
_____/

**AGREED ORDER GRANTING, IN PART, DEBTOR'S MOTION TO VALUE**
**AND DETERMINE SECURED STATUS OF LIENS ON REAL PROPERTY (D.E. 19)**

    This cause came before the Court on January 17, 2019 at 11:00 a.m., upon Cabrera Investments, LLC's (the "Debtor") Motion to Value and Determine Secured Status of Liens on Real Property (D.E. 19) (the "Motion"), and Bank of America, N.A.'s Response to Debtor's Motion to Value and Determine Secured Status of Liens on Real Property (D.E. 25). Debtor, ReadyCap Lending, LLC and Bank of America have agreed to the entry of this Order in accordance with the terms set forth herein.

1.  Debtor's Motion seeks to value the real property located at 6500 Cow Pen Road, Unit 203, Miami Lakes, FL 33014, and more particularly described as Unit 203, of COLONNADE AT MIAMI LAKES CONDOMINIUM ASSOCIATION, a Condominium, according to the Declaration of Condominium thereof, as recorded in O.R. Book 22921, Page 3088, of the Public Records of Miami-Dade County, Florida, as amended and/or supplemented by Amendment to Declaration of Condominium and Protective Covenants recorded on March 4, 2005 in O.R. Book 23137, Page 1038 (the "Real Property"), at $303,000.00, based upon its appraisal.

2.  The Lender asserts the value of the Real Property is at least $320,000.

3.  To avoid the fees and costs associated with continued dispute over the Motion, and to resolve the Motion, the parties have agreed to stipulate to the value of the Real Property as $311,500.00. Based upon the agreement between the parties, it is

**ORDERED** as follows:

1.  The Motion is GRANTED, in part, as set forth below.

2.  The value of the Real Property is $311,500.00.

3.  The Parties reserve all rights and objections with respect to a chapter 11 plan to be filed by the Debtor including but not limited to 11 U.S.C. § 1111(b) elections.

###

**Submitted by:**

Ricardo A Rodriguez, Esq.
900 W. 49 Street, Suite 505
Hialeah, Florida 33012
305.262.8226

Attorney Ricardo A Rodriguez shall serve a copy of this Order on all interested parties and file a Certificate of Service within three (3) days of its entry.