

DINNALL FYNE & COMPANY INC.

ACCOUNTING AND TAX SERVICES


Prepared for:

CABRERA INVESTMENTS, LLC

MONTHLY OPERATING REPORTS

JUNE 2019

UNITED STATES BANKRUPTCY COURT

SOUTHERN _____ DISTRICT OF FLORIDA

_____ DIVISION

IN RE:                          }     CASE NUMBER
                                }     18-19175-RAM
CABRERA INVESTMENTS, LLC        }
                                }     JUDGE ROBERT A. MARK
                                }
DEBTOR.                         }     CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM 06/01/2019 _____ TO 06/30/2019 _____

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


                                        /s/ Ricardo A Rodriguez
                                        Attorney for Debtor's Signature


Debtor's Address                        Attorney's Address
and Phone Number:                       and Phone Number:

16720 NW 83 PLACE                       900 WEST 49 STREET

HIALEAH, FL 33016                       SUITE 505

                                        HIALEAH, FL 33012      305-262-8226

                                        BAR # 0496901

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

MOR-1

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING** 06/01/2019 **AND ENDING** 06/30/2019

Name of Debtor: CABRERA INVESTMENTS, LLC     Case Number 18-19175-RAM
Date of Petition: 07/30/2018

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | -1,356.16 (a) | (b) |
| 2. RECEIPTS: | | |
|     A. Cash Sales | | |
|       Minus: Cash Refunds | (-) | |
|       Net Cash Sales | | |
|     B. Accounts Receivable | | |
|     C. Other Receipts *(See MOR-3)* | 3,200.00 | 18,896.21 |
|       (If you receive rental income, | | |
|       you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 1,834.84 | 18,896.21 |
| 4. TOTAL FUNDS AVAILABLE FOR | | |
|    OPERATIONS *(Line 1 + Line 3)* | 1,834.84 | 18,896.21 |
| 5. DISBURSEMENTS | | |
|     A. Advertising | | |
|     B. Bank Charges | | 28.15 |
|     C. Contract Labor | | |
|     D. Fixed Asset Payments (not incl. in "N") | | |
|     E. Insurance | | |
|     F. Inventory Payments *(See Attach. 2)* | | |
|     G. Leases | | |
|     H. Manufacturing Supplies | | |
|     I. Office Supplies | | |
|     J. Payroll - Net *(See Attachment 4B)* | | |
|     K. Professional Fees (Accounting & Legal) | | |
|     L. Rent | | |
|     M. Repairs & Maintenance | | |
|     N. Secured Creditor Payments *(See Attach. 2)* | | 16,049.22 |
|     O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
|     P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
|     Q. Taxes Paid - Other *(See Attachment 4C)* | | |
|     R. Telephone | | |
|     S. Travel & Entertainment | | |
|     Y. U.S. Trustee Quarterly Fees | | 975.00 |
|     U. Utilities | | |
|     V. Vehicle Expenses | | |
|     W. Other Operating Expenses *(See MOR-3)* | | |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | | 17,052.37 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 1,834.84 (c) | 1,834.84 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _____ day of _____, 20___.

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 08/01/2019 _____ AND ENDING 08/30/2019

Name of Debtor:  CABRERA INVESTMENTS, LLC

Date of Petition:  07/30/2018

Case Number  18-19175-RAM

|  | | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | | -1,358.16 (a) | _____ (b) |
| 2. RECEIPTS: | | | |
| | A. Cash Sales | | |
| | Minus:  Cash Refunds | (-) | |
| | Net Cash Sales | | |
| | B. Accounts Receivable | | |
| | C. Other Receipts (See MOR-3) | 3,200.00 | 18,896.21 |
| | (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | | 1,834.84 | 18,896.21 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | | 1,834.84 | 18,896.21 |
| 5. DISBURSEMENTS | | | |
| | A. Advertising | | |
| | B. Bank Charges | | 28.15 |
| | C. Contract Labor | | |
| | D. Fixed Asset Payments (not incl. in "N") | | |
| | E. Insurance | | |
| | F. Inventory Payments  (See Attach. 2) | | |
| | G. Leases | | |
| | H. Manufacturing Supplies | | |
| | I. Office Supplies | | |
| | J. Payroll - Net (See Attachment 4B) | | |
| | K. Professional Fees (Accounting & Legal) | | |
| | L. Rent | | |
| | M. Repairs & Maintenance | | |
| | N. Secured Creditor Payments (See Attach. 2) | | 16,049.22 |
| | O. Taxes Paid - Payroll (See Attachment 4C) | | |
| | P. Taxes Paid - Sales & Use (See Attachment 4C) | | |
| | Q. Taxes Paid - Other (See Attachment 4C) | | |
| | R. Telephone | | |
| | S. Travel & Entertainment | | |
| | Y. U.S. Trustee Quarterly Fees | | 975.00 |
| | U. Utilities | | |
| | V. Vehicle Expenses | | |
| | W. Other Operating Expenses (See MOR-3) | | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | | | 17,052.37 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | | 1,834.84 (c) | 1,834.84 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 23 day of July, 2019               _____ (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Opening Deposit | | 100.00 |
| Rental Income | 3,200.00 | 18,796.21 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | 3,200.00 | 18,896.21 |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

12:20 PM

07/23/19
Accrual Basis

# BKC of Cabrera Investments, LLC
## Balance Sheet
### As of June 30, 2019

|  | Jun 30, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| TD Bank #5771 | 1,843.84 |
| **Total Checking/Savings** | 1,843.84 |
| **Total Current Assets** | 1,843.84 |
| **TOTAL ASSETS** | 1,843.84 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Retained Earnings | 100.85 |
| Net Income | 1,742.99 |
| **Total Equity** | 1,843.84 |
| **TOTAL LIABILITIES & EQUITY** | 1,843.84 |

12:32 PM

07/23/19
Accrual Basis

# BKC of Cabrera Investments, LLC
## Profit & Loss
### June 2019

|  | Jun 19 |
|---|---|
| **Income** | |
| Rental Income | 3,200.00 |
| **Total Income** | 3,200.00 |
| **Expense** | 0.00 |
| **Net Income** | **3,200.00** |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: CABRERA INVESTMENTS, LLC          Case Number: 18-19175-RAM

Reporting Period beginning 06/01/2019          Period ending 06/30/2019

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ _____ | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ _____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ _____ | * |
| End of Month Balance | $ _____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ _____ | $ _____ | $ _____ | $ _____ | $ _____ (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

### ATTACHMENT 2
### MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: CABRERA INVESTMENTS, LLC          Case Number: 18-19175-RAM

Reporting Period beginning 06/01/2019          Period ending 06/30/2019

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Incurred | Outstanding | Vendor | Date Days Description | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | |
|---|---|
| Opening Balance | $ _____ (a) |
| PLUS: New Indebtedness Incurred This Month | $ _____ |
| MINUS: Amount Paid on Post Petition, | |
|     Accounts Payable This Month | $ _____ |
| PLUS/MINUS: Adjustments | $ _____ * |
| Ending Month Balance | $ _____ (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL |  | _____ (d) |  |  |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

## ATTACHMENT 3
## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: CABRERA INVESTMENTS, LLC     Case Number: 18-19175-RAM

Reporting Period beginning 06/01/2019     Period ending 06/30/2019

### INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ | |
| INVENTORY RECONCILIATION: | | |
|     Inventory Balance at Beginning of Month | $ | (a) |
|     PLUS: Inventory Purchased During Month | $ | |
|     MINUS: Inventory Used or Sold | $ | |
|     PLUS/MINUS: Adjustments or Write-downs | $ | * |
|     Inventory on Hand at End of Month | $ | |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____%  =  | _____100%* |

\* Aging Percentages must equal 100%.

☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____

_____

| | | |
|---|---|---|
| FIXED ASSETS RECONCILIATION: | | |
| Fixed Asset Book Value at Beginning of Month | $ | (a)(b) |
|     MINUS: Depreciation Expense | $ | |
|     PLUS: New Purchases | $ | |
|     PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Ending Monthly Balance | $ | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____

_____

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: **CABRERA INVESTMENT, LLC**    Case Number: **18-19175-RAM**

Reporting Period beginning **06/01/2019**    Period ending **06/30/2019**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: **TD BANK**    BRANCH: **MIAMI LAKES, FL**

ACCOUNT NAME: **CABRERA INVESTMENTS, LLC**    ACCOUNT NUMBER: **435-1645771**

PURPOSE OF ACCOUNT: _____ **OPERATING** _____

| | |
|---|---|
| Ending Balance per Bank Statement | $ **3,997.86** |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $ -2,154.02 * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 1,843.84 **(a) |

*Debit cards are used by **Ladys Cabrera** _____

**If Closing Balance is negative, provide explanation: _____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ _____ Transferred to Payroll Account
$ _____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

11:37 AM
07/23/19

# BKC of Cabrera Investments, LLC
## Reconciliation Summary
### TD Bank #5771, Period Ending 06/30/2019

|  | Jun 30, 19 |
|---|---|
| **Beginning Balance** | 797.86 |
| Cleared Transactions | |
| Deposits and Credits - 1 item | 3,200.00 |
| Total Cleared Transactions | 3,200.00 |
| **Cleared Balance** | **3,997.86** |
| Uncleared Transactions | |
| Checks and Payments - 2 items | -2,154.02 |
| Total Uncleared Transactions | -2,154.02 |
| **Register Balance as of 06/30/2019** | **1,843.84** |
| **Ending Balance** | 1,843.84 |

11:37 AM

07/23/19

# BKC of Cabrera Investments, LLC
## Reconciliation Detail
### TD Bank #5771, Period Ending 06/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 797.86 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 6/27/2019 | | | X | 3,200.00 | 3,200.00 |
| Total Deposits and Credits | | | | | 3,200.00 | 3,200.00 |
| Total Cleared Transactions | | | | | 3,200.00 | 3,200.00 |
| Cleared Balance | | | | | 3,200.00 | 3,997.86 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 12/29/2018 | 104 | Bank of America | | -1,077.01 | -1,077.01 |
| Check | 1/29/2019 | 107 | Bank of America | | -1,077.01 | -2,154.02 |
| Total Checks and Payments | | | | | -2,154.02 | -2,154.02 |
| Total Uncleared Transactions | | | | | -2,154.02 | -2,154.02 |
| Register Balance as of 06/30/2019 | | | | | 1,045.98 | 1,843.84 |
| **Ending Balance** | | | | | **1,045.98** | **1,843.84** |

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000447029 01 AV · 0.380 FTD0104007011911728100244123
CABRERA INVESTMENTS LLC
DIP CASE 18-19175 SDFL
6500 COW PEN RD STE 203
MIAMI LAKES FL 33014

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jun 01 2019-Jun 30 2019 |
| Cust Ref #: | 4351645771-039-T-### |
| Primary Account #: | 435-1645771 |

## Chapter 11 Checking

CABRERA INVESTMENTS LLC
DIP CASE 18-19175 SDFL

Account # 435-1645771

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 797.86 | Average Collected Balance | 1,121.19 |
| Deposits | 3,200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 3,997.86 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/27 | DEPOSIT | 3,200.00 |
| | Subtotal: | 3,200.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 797.86 | 06/27 | 3,997.86 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# How to Balance your Account

Page:                    2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance                     3,997.86

❷ Total Deposits          +

❸ Sub Total

❹ Total Withdrawals       -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY -- IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about
- The dollar amount and date of the suspected error

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY -- BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill. write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: CABRERA INVESTMENTS, LLC          Case Number: 18-19175-RAM

Reporting Period beginning 06/01/2019          Period ending 06/30/2019

NAME OF BANK: TD BANK          BRANCH: MIAMI LAKES, FL

ACCOUNT NAME: CABRERA INVESTMENTS, LLC

ACCOUNT NUMBER: 435-1645771

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              | NO DISBURSEMENTS THIS MONTH |  |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                    $

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:  CABRERA INVESTMENT, LLC          Case Number:  18-19175-RAM

Reporting Period beginning  06/01/2019          Period ending  06/30/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:  N/A          BRANCH: _____

ACCOUNT NAME: _____   ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT:  _____PAYROLL_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | N/A |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:  CABRERA INVESTMENTS LLC          Case Number:  18-19175-RAM

Reporting Period beginning 06/01/2019          Period ending 06/30/2019

NAME OF BANK:          N/A          BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                        $ _____

## ATTACHMENT 4C

### MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: CABRERA INVESTMENT, LLC          Case Number: 18-19175-RAM

Reporting Period beginning 06/01/2019          Period ending 06/30/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____ N/A _____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ TAX _____

|  |  |
|---|---|
| Ending Balance per Bank Statement | $ _____ N/A _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Oustanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: CABRERA INVESTMENT, LLC          Case Number: 18-19175-RAM

Reporting Period beginning 06/01/2019          Period ending 06/30/2019

NAME OF BANK: N/A          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                    _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                       _____(a)
Sales & Use Taxes Paid                                   _____(b)
Other Taxes Paid                                         _____(c)
TOTAL                                                    _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                                 _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**    $_____ (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor: CABRERA INVESTMENT, LLC    Case Number: 18-19175-RAM

Reporting Period beginning 06/01/2019    Period ending 06/30/2019

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | NONE | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL    $ _____

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: CABRERA INVESTMENTS LLC          Case Number: 18-19175-RAM

Reporting Period beginning 06/01/2019          Period ending 06/30/2019

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

NONE

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.