UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                    Case No. 18-19175-BKC-RAM

CABRERA INVESTMENTS, LLC,              Chapter 11

       Debtor.
_____/

**SUMMARY OF SUPPLEMENT TO FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LEIDERMAN SHELOMITH ALEXANDER + SOMODEVILLA, PLLC, CO-COUNSEL FOR THE CHAPTER 11 DEBTOR**

| | | |
|---|---|---|
| 1. | Name of Applicant: | Leiderman Shelomith Alexander + Somodevilla, PLLC |
| 2. | Role of Applicant: | Co-Counsel for Cabrera Investments, LLC (the "Debtor") |
| 3. | Name of Certifying Professional: | Zach B. Shelomith, Esquire |
| 4. | Date case filed: | July 30, 2018 |
| 5. | Date of Retention Order: | October 1, 2018 (*nunc pro tunc* from July 30, 2018) |

**IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW (FOR SUPPLEMENTAL INTERIM PERIOD):**

| | | |
|---|---|---|
| 6. | Period for this Application: | March 15, 2020 through April 13, 2020 |
| 7. | Amount of Compensation Sought: | $1,572.50 |
| 8. | Amount of Expense Reimbursement Sought: | $0.00 |

**IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW:**

| | | |
|---|---|---|
| 9. | Total Amount of Compensation Sought during case: | $16,180.00 |
| 10. | Total Amount of Expense Reimbursement Sought during case: | $169.05 |
| 11. | Amount of Original Retainer(s): | N/A[1] |
| 12. | Current Balance of Retainer(s) remaining: | N/A |
| 13. | Last monthly operating report filed: | January 1, 2020 to January 31, 2020 [ECF No. 65] |
| 14. | If case is Chapter 11, current funds in the Chapter 11 estate: | $2,765.82 (as of January 31, 2020) |
| 15. | If case is Chapter 7, current funds held by the Chapter 7 trustee: | N/A |

COMPLETE THE ATTACHED FEE APPLICATION SUMMARY CHART, PLEASE INCLUDE THE INFORMATION FOR EACH PRIOR APPLICATION FILED WITH THE COURT: See Exhibit "1"

_____

[1] Any and all retainers provided by the Debtor are being held by the Debtor's co-counsel, Rodriguez Law, P.L.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                         Case No. 18-19175-BKC-RAM

CABRERA INVESTMENTS, LLC,                      Chapter 11

      Debtor.
_____/

**SUPPLEMENT TO FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF LEIDERMAN SHELOMITH ALEXANDER + SOMODEVILLA, PLLC,
<u>CO-COUNSEL FOR THE CHAPTER 11 DEBTOR</u>**

The law firm of LEIDERMAN SHELOMITH ALEXANDER + SOMODEVILLA, PLLC and ZACH B. SHELOMITH, ESQUIRE ("Applicants"), co-counsel to Cabrera Investments, LLC (the "Debtor"), hereby files its Supplement to Final Application for Compensation and Reimbursement of Expenses of Leiderman Shelomith Alexander + Somodevilla, PLLC (the "Supplemental Application"), for allowance, award and payment of compensation for professional services rendered in the amount of $1,572.50, and reimbursement of costs in the amount of $0.00, for the period of March 15, 2020 through April 13, 2020 (the "Supplemental Period").  This application is filed pursuant to 11 U.S.C. § 330 and Fed. R. Bankr. P. 2016 and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1.  In support of the Supplemental Application, the Applicants represent and show as follows:

1.      This Supplemental Application seeks the amount of $1,572.50 in fees, and reimbursement of costs in the amount of $0.00, which includes attorney time spent during the period of March 15, 2020 through and including April 13, 2020.

2.      On March 14, 2020, the Applicants filed their Final Application for Compensation and Reimbursement of Expenses of Leiderman Shelomith Alexander + Somodevilla, PLLC, Co-Counsel for Cabrera Investments, LLC, Debtor (the "Application") [ECF No. 67], covering the period between July 30, 2018 through March 14, 2020, seeking compensation in the amount of $14,607.50 and reimbursement of expenses in the amount of $169.05.

3.      After submission of its Application, the Applicants continued to expend time on matters relating to case administration, fee applications and plan/disclosure statement, as more particularly described in the time records attached as Exhibit "4" to this Supplemental Application.

4.      As described more fully in the Application and as shown in the time records attached as Exhibit "4", the professional services for which the Applicants request allowance, award and payment were necessary to the administration of, or beneficial at the time at which such service(s) were rendered towards the completion of the case.

5.      A summary of professional and paraprofessional time is set forth in the attached Exhibits "2-A" and "2-B".

6.      The reimbursement(s) of expenses, if any, are set forth in the attached Exhibit "3".

7.      In sum, by this Supplemental Application, the Applicants seek an award of $1,572.50, for 3.70 hours worked between the time period of March 15, 2020 through and including April 13, 2020, and reimbursement of costs in the amount of $0.00, in addition to the previous fees and costs requested in the Application.

**WHEREFORE**, Applicants seek an award of supplemental fees in the amount of $1,572.50 and costs in the amount of $0.00, for a total of $1,572.50, in addition to the fees and costs sought in the Application, and for such other relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on March 14, 2020 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail, to all parties on the attached Manual Notice List.

LEIDERMAN SHELOMITH ALEXANDER +
SOMODEVILLA, PLLC
Co-Counsel for the Debtor
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
    ZACH B. SHELOMITH
    Florida Bar No. 0122548
    zbs@lsaslaw.com

**Manual Notice List**

The following is the list of __parties__ who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Alan Fyne
1515 N University Dr #101
Coral Springs, FL 33071

Miami-Dade County Tax Collector
c/o Alexis Gonzalez
200 NW 2nd Avenue, Suite 430
Miami, FL 33128-1733

Cabrera Investments, LLC
16720 NW 83 Place
Hialeah, FL 33016

**CERTIFICATION**

1.  I have been designated by Leiderman Shelomith Alexander + Somodevilla, PLLC (the "Applicant") as the professional with responsibility in this case for compliance with the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases (the "Guidelines").

2.  I have read the Applicant's application for compensation and reimbursement of expenses (the "Application").  The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.  The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.  In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.  In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.  The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance:  NONE

Dated: April 13, 2020

_____/s/_____
ZACH B. SHELOMITH
Florida Bar No. 0122548
zbs@lsaslaw.com

**EXHIBIT "1"**
**Fee Application Summary Chart**

| REQUEST | | | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date Ordered | ECF # | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
| 3/14/2020 | 67 | 7/30/2018 to 3/14/2020 | $14,607.50 | $169.05 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

**EXHIBIT "2-A"**
**Summary of Professional and Paraprofessional Time**
**Total per Individual for this Period Only**

| Name | Member, Associate or Paralegal | Year Licensed | Total Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|
| Zach B. Shelomith | Member | 1997 | 3.70 | $425.00 | $1,572.50 |

**Total Hours:**                                        **3.70**

**Average "Blended" Hourly Rate:**              **$425.00**

**Total Fees:**                                                              **$1,572.50**

**EXHIBIT "2-B"**
**Summary of Professional and Paraprofessional Time by**
**Activity Code Category for this Time Period Only**

**Pursuant to Local Rule 2016-1(B)(1), applications for cumulative compensation that does not exceed $5,000.00 need not include a breakdown by categories of work performed.**

**EXHIBIT "3"**
**Summary of Requested Reimbursement Of Expenses**
**for this Time Period Only**

| | |
|---|---|
| Filing Fees | |
| Process Service Fees | |
| Witness Fees | |
| Court Reporter Fees and Transcripts | |
| Lien and Title Searches | |
| Photocopies<br>    (a)  In-house copies 0 @ 15¢/page = $0.00<br>    (b) Outside copies = $0.00 | |
| Postage | |
| Overnight Delivery Charges | |
| Outside Courier/Messenger Services | |
| Long Distance Telephone Charges | |
| Long Distance Fax Transmissions ($1.00/page) | |
| Computerized Research | |
| Out-of-Southern-District-of-Florida-Travel<br>    (a) Transportation   $_____<br>    (b) Lodging          $_____<br>    (c) Meals            $_____ | |
| Other Permissible Expenses: | |

**Total Expense Reimbursement Requested:**                    **$0.00**

**EXHIBIT "4"**
**Detailed Time Records**

***See Attached***

Exhibit "4" - Detailed Time Records

| Date | Description | Hours | Rate | Total | Attorney | Activity Code |
|---|---|---|---|---|---|---|
| 3/16/2020 | E-mail(s) with L. Luna regarding ballot | 0.10 | $ 425.00 | $   42.50 | Zach Shelomith | PL |
| 3/17/2020 | E-mail(s) with R. Rodriguez regarding Confirmation Hearing | 0.10 | $ 425.00 | $   42.50 | Zach Shelomith | PL |
| 3/19/2020 | E-mail(s) with A. Fyne and R. Rodriguez regarding Applications for Compensation | 0.10 | $ 425.00 | $   42.50 | Zach Shelomith | FA |
| 3/19/2020 | Finalize and file Application for Compensation of Alan Fyne, Accountant | 0.20 | $ 425.00 | $   85.00 | Zach Shelomith | FA |
| 3/20/2020 | E-mail(s) with R. Rodriguez regarding Confirmation Hearing | 0.10 | $ 425.00 | $   42.50 | Zach Shelomith | PL |
| 3/25/2020 | E-mail(s) with R. Rodriguez regarding filing of fee applications | 0.10 | $ 425.00 | $   42.50 | Zach Shelomith | FA |
| 3/26/2020 | E-mail(s) with H. Slomka regarding ballot | 0.10 | $ 425.00 | $   42.50 | Zach Shelomith | PL |
| 3/31/2020 | E-mail(s) with H. Slomka regarding ballot | 0.10 | $ 425.00 | $   42.50 | Zach Shelomith | PL |
| 4/2/2020 | Prepare and file Notice of Filing of Final Fee Applications of Estate Professionals | 0.50 | $ 425.00 | $  212.50 | Zach Shelomith | FA |
| 4/2/2020 | Prepare and file Notice of Fee Applications; prepare Confirmation Declaration; prepare Certificate of Plan Proponent; e-mail(s) with R. Rodriguez regarding confirmation | 1.80 | $ 425.00 | $  765.00 | Zach Shelomith | PL |
| 4/7/2020 | E-mail(s) with R. Rodriguez regarding Confirmation Declaration | 0.10 | $ 425.00 | $   42.50 | Zach Shelomith | PL |
| 4/8/2020 | E-mail(s) with R. Rodriguez and A. Hernandez regarding Confirmation Hearing | 0.10 | $ 425.00 | $   42.50 | Zach Shelomith | PL |
| 4/10/2020 | Telephone conference with R. Ricardo and L. Cabrera regarding upcoming Confirmation Hearing | 0.30 | $ 425.00 | $  127.50 | Zach Shelomith | PL |
|  | **Total:** | **3.70** |  | **$1,572.50** |  |  |